RECEIVED
JAN 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BARBARA JEANE GAINES o/b/o T.D.G. | CIVIL ACTION 1:16-cv-00825 |
| VERSUS | JUDGE DRELL |
| ACADIA HEALTHCARE CO., INC., et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 25) filed by Defendants (Crossroads Regional Hospital, L.L.C. of Louisiana d/b/a Longleaf Hospital and Keith Newman) is GRANTED. Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22nd day of January, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT